```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                      Case No. 19-02382-HWV
Stephanie M. Zaengle                                        Chapter 7
        Debtor            CERTIFICATE OF NOTICE
```

District/off: 0314-1      User: CGambini        Page 1 of 1         Date Rcvd: Aug 07, 2019
                          Form ID: pdf010       Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2019.
              David Apothaker Esq,    Apothaker Scian PC,    520 Fellowship Rd Ste C306,    PO Box 5496,
               Mount Laurel, NJ 08054-5496

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
              +E-mail/Text: bankruptcy@cavps.com Aug 07 2019 19:42:15      Cavalry Portfolio Services LLC,
                dba Cavalry SPV I LLC,    Attn Timothy Stapleford CEO,   500 Summit Lake Drive Suite 400,
                Valhalla, NY 10595-2321
5205943         E-mail/Text: bankruptcy@cavps.com Aug 07 2019 19:42:15      Cavalry Portfolio Services,
                 PO Box 27288,   Tempe, AZ 85285
                                                                                               TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2019                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               bkgroup@kmllawgroup.com
              Markian R Slobodian (Trustee)    PA49@ecfcbis.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 Stephanie M. Zaengle pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 4

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Stephanie M. Zaengle
**Debtor 1**

Stephanie M. Zaengle
**Movant(s)**
v.
Cavalry SPV I, LLC
**Respondent(s)**

Chapter 7

Case No. 1:19-BK-02382-HWV

Matter: Motion to Avoid Lien

## ORER OF COURT

UPON CONSIDERATION of the Debtor(s)' Motion to Avoid Lien, and no objections having been filed, it is HEREBY ORDERED that the Motion is GRANTED and the judicial lien of Cavalry SPV I, LLC in the approximate amount of $1,647.76 and docketed at 2019-12401 and duly recorded in Cumberland County, Pennsylvania is HEREBY AVOIDED; and it is FURTHER ORDERED that a certified copy of this Order may be presented to the Cumberland County Prothonotary and the Prothonotary is directed to terminate the judgment in the judgment indicies.

Dated: August 7, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JH)