```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 19-02382-HWV
Stephanie M. Zaengle                                                Chapter 7
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: CGambini           Page 1 of 2           Date Rcvd: Sep 17, 2019
                              Form ID: pdf010          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2019.
```
db              +Stephanie M. Zaengle,   230 Henderson Street,   Carlisle, PA 17013-2016
5205939          AES / PHEAA,   PO Box 2461,   Harrisburg, PA 17105-2461
5205940         +American Express,   PO Box 297871,   Fort Lauderdale, FL 33329-7871
5205941          Apothaker Scian, PC,   520 Fellowship Road, Suite C306,   PO Box 5496,
                  Mount Laurel, NJ 08054-5496
5205944         +Chase Card,   PO Box 15298,   Wilmington, DE 19850-5298
5205946         +Hayt, Hayt & Landau, LLC,   Two Industrial Way West,   Eatontown, NJ 07724-2279
5205948         +Lucan Jumper,   230 Henderson Street,   Carlisle, PA 17013-2016
5205949         +Mariner Finance,   8211 Town Center Drive,   Nottingham, MD 21236-5904
5205951        ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                  (address filed with court: Nationstar Mortgage, LLC,   d/b/a Mr. Cooper,   PO Box 619096,
                  Dallas, TX 75261-9741)
5205955         +Weltman, Weinberg & Reis Co., LPA,   170 South Independence Mall West,   Suite 874,
                  Philadelphia, PA 19106-3323
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 17 2019 19:07:49
                  PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5205943          E-mail/Text: bankruptcy@cavps.com Sep 17 2019 19:10:52     Cavalry Portfolio Services,
                  PO Box 27288,   Tempe, AZ 85285
5205942          E-mail/Text: bncnotices@becket-lee.com Sep 17 2019 19:10:33     Capital One Bank / Kohl's,
                  N56 West 17000 Ridgewood Drive,   Menomonee Falls, WI 53051
5205945          E-mail/Text: mrdiscen@discover.com Sep 17 2019 19:10:32     Discover Financial Services, LLC,
                  PO Box 3025,   New Albany, OH 43054-3025
5205947         +E-mail/Text: bnc-quantum@quantum3group.com Sep 17 2019 19:10:42
                  JH Portfolio Debt Equities, LLC,   PO Box 788,   Kirkland, WA 98083-0788
5205950         +E-mail/Text: bankruptcydpt@mcmcg.com Sep 17 2019 19:10:46     Midland Credit Management, Inc.,
                  8875 Aero Drive, Suite 200,   PO Box 939069,   San Diego, CA 92193-9069
5205952          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 17 2019 19:08:12
                  Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541-1067
5205953         +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 17 2019 19:08:00     Regional Acceptance Corporation,
                  1424 East Fire Tower Road,   Greenville, NC 27858-4105
5205954          E-mail/PDF: resurgentbknotifications@resurgent.com Sep 17 2019 19:08:01
                  Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
5206241         +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2019 19:07:59     Synchrony Bank,
                  c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 10

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                               Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2019 at the address(es) listed below:
              James  Warmbrodt   on behalf of Creditor  NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
                bkgroup@kmllawgroup.com
              Markian R Slobodian (Trustee)    PA49@ecfcbis.com
              Paul Donald Murphy-Ahles   on behalf of Debtor 1 Stephanie M. Zaengle pmurphy@dplglaw.com,
                kgreene@dplglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 4

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Stephanie M. Zaengle<br>**Debtor 1** | Chapter 7<br><br>Case No. 1:19-BK-02382-HWV<br><br>**Matter:** Motion to Reopen Case |

## ORDER OF COURT

UPON CONSIDERATION of Debtor(s)' Motion to Reopen Chapter 7 Case, and good cause having been shown, IT IS ORDERED that this case is reopened, and appearing that a Trustee is unnecessary; and IT IS FURTHER ORDERED that the Office of the United States Trustee NOT appoint a disinterested person to serve as Trustee in the case. IT IS FURTHER ORDERED that Debtor(s) must file their discharge requirements within three (3) days of the date of this Order. Should Debtor(s) fail to file their requirements within the time prescribed by this Order, this case will be re-closed without further notice and without discharge.

Dated: September 17, 2019

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Bankruptcy Judge (LS)